UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| L.O.I. PROPERTY, LLC, et al.,<br>    Plaintiffs, | Case No. 1:20-cv-1020<br>Dlott, J.<br>Litkovitz, M.J. |
| vs. | |
| BUTLER COUNTY, OHIO, et al.,<br>    Defendants. | **ORDER** |

This matter is before the Court following a status conference on July 21, 2021. In view of the parties' agreement to have this matter and *Oakley v. Madison Township, Ohio*, Case No. 1:21-cv-101 (S.D. of Ohio) referred to the Court's Attorney-Based Mediation program for a joint mediation of both cases, the deadlines for further briefing on the pending motions for judgment on the pleadings and responding to discovery are hereby **STAYED** pending the outcome of mediation.

The parties are **ORDERED** to advise the Court of the outcome of mediation within one-week of the conclusion of the mediation.

**IT IS SO ORDERED.**

Date: 7/22/2021

Karen L. Litkovitz
United States Magistrate Judge