UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| L.O.I. PROPERTY, LLC, et al.,<br>    Plaintiffs, | Case No. 1:20-cv-1020<br>Dlott, J.<br>Litkovitz, M.J. |
| v. | |
| BUTLER COUNTY, OHIO, et al.,<br>    Defendants. | ORDER |

This matter came before the Court following the October 19, 2021 settlement conference between the parties. On July 22, 2021, the Court stayed the deadlines for further briefing on the pending motions for judgment on the pleadings and responding to discovery pending the outcome of mediation. (Doc. 21). Plaintiffs and the Butler County defendants, i.e., the Butler County Board of Commissioners, Butler County, Ohio, and Peter Acuff in his official capacity as Butler County's Planning Administrator, are at an impasse following mediation. (*See* 10/19/21 Court Docket Entry). Plaintiffs and the Madison Township defendants, however, have reached a settlement agreement in principle, which will require the approval of the Township Trustees. Plaintiffs were advised to file the notice of dismissal within 30 days. (*Id.*).

As plaintiffs and the Butler County defendants are at an impasse following mediation, the Court orders that plaintiffs' memorandum in opposition to the Butler County defendants' motion for judgment on the pleadings (Doc. 17) shall be filed within **twenty-one (21) days** from the date this order. (S.D. Ohio Civ. R. 7.2(a)(2)). Any reply memoranda shall be filed within **fourteen (14) days**. (*Id.*).

    IT IS SO ORDERED.

Date: 10/21/2021

Karen L. Litkovitz
Chief United States Magistrate Judge